UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANIEL JACKSON (#70748)            CIVIL ACTION

VERSUS

UNKNOWN RECORDS PERSONNEL,      NO. 23-00055-BAJ-EWD
ET AL.

## RULING AND ORDER

On September 27, 2024, the Magistrate Judge issued a **Report and Recommendation (Doc. 9, the "R&R")**, recommending that the Court dismiss with prejudice Plaintiff's federal claims as legally frivolous and for failure to state a claim, that his claims for injunctive relief be severed from this action to be opened in a new case, and that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims. No party filed a timely objection.

Having carefully considered Plaintiff's Complaint (Doc. 1) and all related filings, the Court **APPROVES** the Magistrate Judge's R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims for monetary relief arising under 42 U.S.C. § 1983 be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims sounding in habeas be and are hereby **SEVERED** from this action. The Clerk of Court shall open a separate action for Plaintiff's claims for injunctive relief as a habeas case pursuant to 28 U.S.C. § 2241.

The Court hereby **DECLINES** to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Baton Rouge, Louisiana, this 22nd day of December, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**